UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OMAR JUAREZ ANDRADE                                          PETITIONER

V.                                      CIVIL ACTION NO. 3:25-CV-822-KHJ-MTP

WARDEN CHILDRESS                                            RESPONDENT

ORDER

This matter is before the Court on Magistrate Judge Michael T. Parker's [9] Report and Recommendation. The [9] Report recommends dismissing with prejudice pro se Petitioner Omar Juarez Andrade's ("Andrade") [4] Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. R. & R. [9] at 5.

Andrade is an inmate at the Federal Correctional Complex in Yazoo City, Mississippi. Pet. [4] at 1. He contends the First Step Act entitles him to time credit which the Bureau of Prisons refuses to apply to his sentence. *Id.* Respondent Warden Childress opposes the relief because Andrade failed to exhaust his administrative remedies and because his immigration status makes him ineligible for relief. *See* Resp. [7]. The [9] Report recommends dismissing the [4] Petition for the same reasons. [9] at 4–5.

Written objections to the [9] Report were due by April 13, 2026. *Id.* at 5. The [9] Report notified the parties that failure to file written objections by that date would bar further appeal in accordance with 28 U.S.C. § 636. *Id.* No party objected to the [9] Report, and the time to do so has passed.

The Court must review de novo a magistrate judge's report only when a party objects to the report within 14 days after being served with a copy. 28 U.S.C. § 636(b)(1). When no party timely objects to the report, the Court applies "the 'clearly erroneous, abuse of discretion and contrary to law' standard of review." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

Finding the [9] Report neither clearly erroneous, contrary to law, nor an abuse of discretion, the Court ADOPTS the [9] Report and DISMISSES this case with prejudice. In doing so, the Court has considered all arguments raised. Those arguments not addressed would not have altered the Court's decision. The Court will enter a separate final judgment consistent with this Order.

SO ORDERED, this 27th day of April, 2026.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE

2